IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                       **PLAINTIFF**

**v.**                            **No: 4:21-cv-00238-JM**

**OWENS,** *et al.*                                              **DEFENDANTS**

## ORDER

Plaintiff has submitted this case for filing in this district. However, from the facts alleged and the Defendants named, it appears that venue properly lies in the Western District of Tennessee. *See* 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Tennessee. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Western District of Tennessee.

DATED this 30th day of March, 2021.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE